| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2016
David J. Bradley, Clerk

JohnJay Portillo, §
§
    Plaintiff, §
§
versus §  Civil Action H-16-555
§
Gregory E. Cunningham, et al., §
§
    Defendants. §

# Order on Costs

1. Houston Community College System and the other defendants take $110,000 from Portillo. (19)

2. This case is stayed until Portillo has paid in full.

3. Joshua M. Murray is dismissed for want of prosecution.

Signed on September 15, 2016, at Houston, Texas.

                                        Lynn N. Hughes
                             United States District Judge